

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Alejandro CENA,<br><br>    Defendant. | Magistrate Case No. '21 MJ02512<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about June 22, 2021, within the Southern District of California, Defendant, Alejandro CENA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Leticia ACEVEDO-Olea and Manuela JUAN-Francisco, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on June 23rd, 2021

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Leticia ACEVEDO-Olea and Manuela JUAN-Francisco, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On June 22, 2021, at approximately 4:53 P.M., Alejandro CENA (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a Black GMC Yukon. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport book as his entry document and said he was going to Victorville, California. The CBP Officer obtained a negative CBP declaration from Defendant and conducted a cursory inspection of the vehicle. Upon inspecting the rear quarter panels, the CBP Officer observed a person concealed within. Defendant was secured and escorted to secondary inspection along with the vehicle.

In secondary, CBP Officers assisted and removed two individuals out of the rear quarter panels of the vehicle. The individuals were later identified as Leticia ACEVEDO-Olea (MW1) and Manuela JUAN-Francisco (MW2), determined to be citizens of Mexico and Guatemala without documents to enter the United States and are now held as Material Witnesses.

At approximately 6:21 P.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant denied knowledge of the individuals concealed within his vehicle. Defendant stated the vehicle belongs to him and he was going to Victorville, California.

A video-recorded interview was conducted with MW1. MW1 stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. MW1 stated her husband made all the smuggling arrangements and was unaware of the amount that was going to be paid. MW1 stated she was going to Santa Maria, California.

A video-recorded interview was conducted with MW2. MW2 stated she is a citizen of Guatemala without lawful documents to enter or reside in the United States. MW2 stated her friend made all the smuggling arrangements. MW2 stated she was going to pay $10,000 US dollars. MW2 stated she was going to Riverside, California.